UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JANELLE RODRIGUEZ,

    Plaintiff,                                CASE NO. **6:11-cv-00298-GKS-KRS**

v.

NATIONWIDE CREDIT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, JANELLE RODRIGUEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                      RESPECTFULLY SUBMITTED,

Dated: March 30, 2011               By: /s/ James Pacitti
                                            James Pacitti (FBN: 119768)
                                            Krohn & Moss, Ltd
                                            10474 Santa Monica Blvd, Suite 401
                                            Los Angeles, CA 90025
                                            Phone: (323) 988-2400 x 230
                                            Fax: (866) 385-1408
                                            jpacitti@consumerlawcenter.com
                                            Attorney for Plaintiff
                                            JANELLE RODRIGUEZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Ira Scot Silverstein, Attorney for Defendant, by the Court's CM/ECF system.

<u>/s/ James Pacitti</u>
James Pacitti
Attorney for Plaintiff