UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANELLE RODRIGUEZ,

        Plaintiff,

-vs-                                Case No. 6:11-cv-298-Orl-18KRS

NATIONWIDE CREDIT, INC.,

        Defendant.

## ORDER

On May 31, 2011 the parties filed a joint stipulation for dismissal (Doc. No. 15). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Clerk of the Court is directed to CLOSE the case.

**DONE and ORDERED** in Orlando, Florida, this ___1___ day of June, 2011.

                                              G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record